# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131878

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

ARTHUR HAROLD DORIE,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131878
COA: 270247
Gladwin CC: 04-001554-FC

On order of the Court, the application for leave to appeal the June 21, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

t1120